**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TED K. HURLEY,**<br><br>**Defendant.** | **2:26-po-05075- KLD**<br><br>**ORDER**<br><br>**Violation Nos.: F06I005M, F06I005L, F06I005K, F06I005Q, F06I005P, F06I005O, F06I005N, F02S002U, F02S002T, F02S002S**<br>**Location Code: M10** |

Before the Court is the motion of the United States to dismiss the violation without prejudice and vacate all hearings in this matter. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that Violation Nos. F06I005M, F06I005L, F06I005K, F06I005Q, F06I005P, F06I005O, F06I005N, F02S002U, F02S002T, and F02S002S are dismissed without prejudice.

IT IS FURTHER ORDERED that all hearings in this matter are VACATED.

DATED this 25th day of September, 2026.

Kathleen L DeSoto

KATHLEEN L. DESOTO
United States Magistrate Judge